UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
WILLIAMS, LEE                            §    Case No. 14-23337 PSH
                                         §
                Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on         . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**."Vtwuvgg)u"Oqvkqp"vq"Fkuo kuu"ku"r gpfkpi0

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-23337 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | WILLIAMS, LEE | | Date Filed (f) or Converted (c): | 09/25/14 (c) |
| | | | 341(a) Meeting Date: | 11/14/14 |
| For Period Ending: | 06/04/15 | | Claims Bar Date: | 09/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7200 South Lowe, Chicago, IL 60621- 26 unit reside | 800,000.00 | 0.00 | | 0.00 | FA |
| Abandoned per order 1/27/15 | | | | | |
| 2. 7146 South Lowe, Chicago, IL 60621- 30 Unit Reside | 800,000.00 | 0.00 | | 0.00 | FA |
| Abandoned per order 1/27/15 | | | | | |
| 3. 610 Prestwick Drive, Frankfort, IL 60423 | 714,665.00 | 0.00 | | 0.00 | FA |
| Abandoned per order 1/27/15 | | | | | |
| 4. Cash On Hand | 40.00 | 0.00 | | 0.00 | FA |
| 5. US Bank, Chicago, IL | 12,000.00 | 0.00 | | 0.00 | FA |
| 6. 2 Bedroom Sets, Living Room Furniture, 3 Arm Chai | 800.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel | 0.00 | 0.00 | | 0.00 | FA |
| 8. Watch | 10.00 | 0.00 | | 0.00 | FA |
| 9. 32 Simth and Wesson Caliber Hand Gun | 100.00 | 0.00 | | 0.00 | FA |
| 10. Prudential Life Insurance cash surrender value 350 | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. Johnson and Johnson pension no cash value paid to | 0.00 | 0.00 | | 0.00 | FA |
| 12. General account receivables- from rental activites | 20,000.00 | 0.00 | | 0.00 | FA |
| 13. Water Damage Claim for Farmers Insurance that Occu | 80,000.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Cadilac 4 Door DTS 35000 miles | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. RETURN OF RETAINER (u) | 0.00 | 10,908.00 | | 10,908.00 | FA |
| Return of Retainer from Wallach Michalec Fridman P.C. | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,439,115.00 | $10,908.00 | | $10,908.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-23337 | Trustee Name: | Joseph A. Baldi |
| Case Name: | WILLIAMS, LEE | Date Filed (f) or Converted (c): | 09/25/14 (c) |
| | | 341(a) Meeting Date: | 11/14/14 |
| | | Claims Bar Date: | 09/30/14 |

Judge: Pamela S. Hollis

Debtor did not appear at a section 341 meeting.  No claim bar date set.  Trustee's Motion to Dismiss is pending. Hearing on Trustee's Motion to Dismiss is scheduled for 6/23/15.  Trustee and Trustee's Attorneys filed first and final fee applications.  The fee applications are also scheduled for hearing on 6/23/15.

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-23337 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | WILLIAMS, LEE | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7410  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9231 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/14 | 15 | WALLACH MICHALEC FRIDMAN P.C. ATTORNEYS AT LAW CLIENT TRUST ACCOUNT | RETURN OF UNUSED RETAINER | 1290-000 | 10,908.00 | | 10,908.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.17 | 10,892.83 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.67 | 10,877.16 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.17 | 10,860.99 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.15 | 10,844.84 |
| 02/20/15 | 001001 | ARTHUR B. LEVINE COMPANY 60 East 42nd Street Room 965 New York, New York 10165 | 2015 Bond premium | 2300-000 | | 7.52 | 10,837.32 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.56 | 10,822.76 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.09 | 10,806.67 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.55 | 10,791.12 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,908.00 | 116.88 | 10,791.12 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,908.00 | 116.88 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,908.00 | 116.88 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7410 | 10,908.00 | 116.88 | 10,791.12 |
| | 10,908.00 | 116.88 | 10,791.12 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    10,908.00    116.88

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 14-23337 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | WILLIAMS, LEE | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7410 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9231 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********7410)

|  |  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | | Date: June 04, 2015 |

Case Number:  14-23337  
Debtor Name:  WILLIAMS, LEE

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Administrative | Fee Application filed 5/29/15 | $1,840.80 | $0.00 | $1,840.80 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $1,840.80 | $0.00 | $1,840.80 |
| BOND<br>001<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | <br>2221657410   02/20/15   1001 | $7.52<br><br> | $7.52<br><br>7.52 | $0.00 |
| | Subtotal For Claim Type 2300-00  Bond Payments | | | $7.52 | $7.52 | $0.00 |
| 000009A<br>001<br>2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $1,300.00 | $0.00 | $1,300.00 |
| | Subtotal For Claim Type 2950-00  U. S. Trustee Quarterly Fees | | | $1,300.00 | $0.00 | $1,300.00 |
| 001<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | Fee Application filed 5/29/15 | $5,135.00 | $0.00 | $5,135.00 |
| | Subtotal For Claim Type 3110-00  Attorney for Trustee Fees (Trustee | | | $5,135.00 | $0.00 | $5,135.00 |
| 001<br>3120-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | Fee Application filed 5/29/15 | $120.20 | $0.00 | $120.20 |
| | Subtotal For Claim Type 3120-00  Attorney for Trustee Expenses | | | $120.20 | $0.00 | $120.20 |
| 000005<br>050<br>4210-00 | PNC BANK N.A.<br>PNC Bank, National Association<br>P.O. Box 94982<br>Cleveland, OH 44101 | Secured | Secured by real property at 610 Prestwick Dr.  Frankfort, IL 60423; stay lifted with respect to this parcel of real property pursuant to this Court's order dated 9/25/14; estate has no interest in the collateral | $0.00 | $0.00 | $0.00 |
| 000008A<br>050<br>4210-00 | BMO Harris Bank N.A.<br>FRANCIS J. PENDERGAST, III<br>C/0 CROWLEY & LAMB, PC<br>221 N. LASALLE STREET, SUITE 1550<br>Chicago, Illinois 60603 | Secured | secured by real property at 7146 S. Lowe and 7200 S. Lowe; stay lifted with respect to both parcels of real property pursuant to this Court's order dated 8/7/14; estate has no interest in the collateral | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 4210-00  Personal Prop & Intang - | | | $0.00 | $0.00 | $0.00 |
| 000006A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O.Box 64338<br>Chicago, IL 60664-0338 | Priority | (6-1) IL Individual Income Tax | $25,173.63 | $0.00 | $25,173.63 |

Case 14-23337    Doc 108    Filed 06/05/15    Entered 06/05/15 14:30:38    Desc Main
Document      Page 8 of 11

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | Date: June 04, 2015 |

Case Number:  14-23337
Debtor Name:  WILLIAMS, LEE

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 058 5800-00 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $2,706.76 | $0.00 | $2,706.76 |
| | Subtotal For Claim Type 5800-00  Gov't Priority Taxes - 507(a)(8) | | | $27,880.39 | $0.00 | $27,880.39 |
| 000001 070 7100-00 | PNC BANK N.A.<br>PNC Bank, National Association<br>P.O. Box 94982<br>Cleveland, OH 44101 | Unsecured | | $27,039.95 | $0.00 | $27,039.95 |
| 000002 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,075.17 | $0.00 | $1,075.17 |
| 000003 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $10,449.23 | $0.00 | $10,449.23 |
| 000004 070 7100-00 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601 | Unsecured | | $28,997.22 | $0.00 | $28,997.22 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $67,561.57 | $0.00 | $67,561.57 |
| | Case Totals: | | | $103,845.48 | $7.52 | $103,837.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-23337 PSH
Case Name: WILLIAMS, LEE
Trustee Name: Joseph A. Baldi

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | PNC BANK N.A. | $ | $ | $ | $ |
| 000008A | BMO Harris Bank N.A. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG | $ | $ | $ |
| Attorney for Trustee Expenses: BALDI BERG | $ | $ | $ |
| Fees: Office of the U.S. Trustee | $ | $ | $ |
| Other: ARTHUR B. LEVINE COMPANY | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Department of Revenue | $ | $ | $ |
| 000007 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                               $_____

Remaining Balance                                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC BANK N.A. | $ | $ | $ |
| 000002 | American Express Centurion Bank | $ | $ | $ |
| 000003 | American Express Centurion Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PEOPLES GAS LIGHT & COKE COMPANY | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE