# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAMS, LEE | § | Case No. 14-23337 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m., on Tuesday, June 23, 2015
in Courtroom  644 , U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt _____
                                            Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                          §
                                §
WILLIAMS, LEE                   §        Case No. 14-23337
                                §
            Debtor(s)           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,908.00 |
| and approved disbursements of | $ | 116.88 |
| leaving a balance on hand of[1] | $ | 10,791.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | PNC BANK N.A. | $ 249,944.44 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008A | BMO Harris Bank N.A. | $ 1,375,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,791.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,840.80 | $ 0.00 | $ 1,840.80 |
| Attorney for Trustee Fees: BALDI BERG | $ 5,135.00 | $ 0.00 | $ 5,135.00 |
| Attorney for Trustee Expenses: BALDI BERG | $ 120.20 | $ 0.00 | $ 120.20 |
| Fees: Office of the U.S. Trustee | $ 1,300.00 | $ 0.00 | $ 1,300.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ARTHUR B. LEVINE COMPANY | $ 7.52 | $ 7.52 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,396.00 |
| Remaining Balance | $ | 2,395.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 27,880.39  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Department of Revenue | $ 25,173.63 | $ 0.00 | $ 2,162.59 |
| 000007 | Internal Revenue Service | $ 2,706.76 | $ 0.00 | $ 232.53 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 2,395.12 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,561.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC BANK N.A. | $ 27,039.95 | $ 0.00 | $ 0.00 |
| 000002 | American Express Centurion Bank | $ 1,075.17 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Express Centurion Bank | $ 10,449.23 | $ 0.00 | $ 0.00 |
| 000004 | PEOPLES GAS LIGHT & COKE COMPANY | $ 28,997.22 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 14-23337-PSH
Lee Williams                                                           Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 3          Date Rcvd: Jun 09, 2015
                             Form ID: pdf002          Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2015.
```
db            +Lee Williams,    9900 S Wallace Street,    Chicago, IL 60628-1233
22254077      +A Gasaway,    7204 Lowe,    Unit 1,   Chicago, IL 60621-2324
22254078      +A Gilmore,    7206 Lowe,    Unit 1,   Chicago, IL 60621-2376
22254079      +A Lapotore,    611 W 72nd Street,    unit 1,    Chicago, IL 60621-2321
22198096      +A Terry,    7146 S Lowe 207,    Chicago, IL 60621-2364
22084258       Amc Mortgage Services,    Citimortgage, INC,    00105280 Corporate Dr,    Frederick, MD 21703
22084259      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
22185635       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22084260       American Home Mtg Srv/Homeward Residenta,    Ahmsi / Attention: Bankruptcy,    Po Box 631730-1730,
                Irving, TX 75063
22084261      +American Home Mtg Svci,    Ahmsi / Attention: Bankruptcy,    Po Box 631730,
                Irving, TX 75063-0002
22084262      +Americas Servicing Co,    P.o. Box 10328,    Des Moines, IA 50306-0328
22254081      +B Harrison,    7200 S Lowe Unit Bsmt,    Chicago, IL 60621-2358
22198184      +B Lacey,    7146 S Lowe,    406,    Chicago, IL 60621-2370
22198185      +B White,    7146 S Lowe 204,    Chicago, IL 60621-2336
22084264      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
22084265      +BMO Harris Bank,    111 W. Monroe St,    Floor 21E,    Chicago, IL 60603-4004
22464779      +BMO Harris Bank N.A.,    FRANCIS J. PENDERGAST, Ill,    C/O CROWLEY & LAMB, PC,
                221 N. LASALLE STREET, SUITE 1550,    Chicago, Illinois 60601-1224
22084263      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
22254082      +C Collier,    611 W 72nd Street,    Unit 2,    Chicago, IL 60621-2321
22198186      +C Hamilton,    7146 S Lowe 202,    Chicago, IL 60621-2336
22198187      +C Nelson,    7146 S Lowe,    305,    Chicago, IL 60621-2382
22254083      +C Philips,    605 W 72nd Street,    2,    Chicago, IL 60621-2381
22254084      +C Wilson,    609 W 72nd Street,    Chicago, IL 60621-2321
22084266       Cap1/casml,    Cost,    Wilmington, DE 19808
22084268      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22084267      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
22084269       Chase,    Bank One Card Serv,    Elgin, IL 60124
22084271       Citi Residential Lendi/CitiMortgage,    Attn: Bankruptcy Department,    Po Box 79022 Ms 322,
                St. Louis, MO 63179
22084272      +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
22198188      +D Godfrey,    7146 S Lowe,    303,    Chicago, IL 60621-2365
22254085      +D Guy,    7202 Lowe,    Unit 1,    Chicago, IL 60621-2375
22198189      +D Staples,    7146 S Lowe,    302,    Chicago, IL 60621-2365
22198190      +D. James,    7146 S Lowe,    103,    Chicago, IL 60621-2311
22084274      +Ditech.com/GMAC Mortgage,    Attn: Bankruptcy,    1100 Virginia Dr,
                Fort Washington, PA 19034-3204
22198191      +E Fields,    7146 S Lowe,    205,    Chicago, IL 60621-2364
22198192      +E Miller,    7146 S Lowe,    301,    Chicago, IL 60621-2365
22084276      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
22084277      +Harris N.a.,    Bmo Harris Bank - Bankruptcy Dept.-Brk-1,    770 N Water Street,
                Milwaukee, WI 53202-0002
22357360       Illinois Department of Revenue,    Bankruptcy Section,    P.O.Box 64338,    Chicago, IL 60664-0338
22254086      +J Black,    609 W 72nd Street 1,    Chicago, IL 60621-2321
22198195      +J Evans,    7146 S Lowe,    Unit 402,    Chicago, IL 60621-2301
22198097      +J Hamilton,    7146 S Lowe,    450,    Chicago, IL 60621-2363
22254087      +J Mason,    7204 S Lowe,    Unit 2,    Chicago, IL 60621-2324
22198098      +J Wells,    7146 S Lowe,    304,    Chicago, IL 60621-2365
22254088      +K Burnett,    7206 S Lowe,    unit 3,    Chicago, IL 60621-2376
22254089      +K Dillworth,    611 W 72nd Street,    3,    Chicago, IL 60621-2321
22254090      +K Knazze,    605 W 72nd Street,    Basment Unit,    Chicago, IL 60621-2381
22254091      +L Davis,    7200 S Lowe,    Unit 1,    Chicago, IL 60621-2358
22198099      +L Hunt,    7146 S Lowe,    401,    Chicago, IL 60621-2301
22254092      #+L Johnson,    7200 S Lowe,    Unit 3,    Chicago, IL 60621-2358
22084280       Mid Amer Fsl,    55th And Holmes,    Clarendon Hill, IL 60514
22254093      +N Thomas,    7206 S Lowe,    Unit 1,    Chicago, IL 60621-2376
22084282      +National Credit Adjust,    Po Box 3023,    Hutchinson, KS 67504-3023
22254094      +P Bradley,    7202 S Lowe,    Apt 2,    Chicago, IL 60621-2375
22254095      +P Walker,    607 W 72nd Street,    Chicago, IL 60621-2321
22199834      +PEOPLES GAS LIGHT & COKE COMPANY,    200 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6434
22161198      +PNC BANK N.A.,    PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
22084283      +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                Chicago, IL 60601-6207
22084284      +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
22198100      +S Greer,    7146 S Lowe,    203,    Chicago, IL 60621-2336
22084285      +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
22084286      +Suntrust Mortgage/cc 5,    Attn:Bankruptcy Dept,    1001 Semmes Ave Mc Va-Wmrk-7952,
                Richmond, VA 23224-2245
22198102      +T Gray,    7146 S Lowe,    208,    Chicago, IL 60621-2364
22198103      +T Sain,    7146 S Lowe,    407,    Chicago, IL 60621-2370
```

```
District/off: 0752-1              User: pseamann           Page 2 of 3            Date Rcvd: Jun 09, 2015
                                 Form ID: pdf002          Total Noticed: 74

22198104      +V Banks,   7146 S Lowe,   404,   Chicago, IL 60621-2301
22198105      +V Felix,   7146 S Lowe,   307,   Chicago, IL 60621-2382
22084278      ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
               (address filed with court: Homeq,   Po Box 13716,   Sacramento, CA 95853)
22084287      +Wachovia Mortgage/World Savings and Loan,   Attn: Bankruptcy Dept.(T7419-015),   Po Box 659558,
               San Antonio, TX 78265-9558
22328318      +Wells Fargo Bank, N.A,   C/O PIERCE AND ASSOCIATES,   ONE NORTH DEARBORN STE. 1300,
               CHICAGO, IL 60602-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22084273       +E-mail/PDF: mrdiscen@discover.com Jun 10 2015 01:21:06     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
22173374       +E-mail/Text: lweidhaas@dyckoneal.com Jun 10 2015 01:17:21     Dyck-O'Neal, Inc.,   PO Box 13370,
                Arlington, TX 76094-0370
22084275       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 10 2015 01:18:28     Fifth Third Bank,
                Fifth Third Bank Bankruptcy Department,,   1830 East Paris Ave.,   Grand Rapids, MI 49546-6253
22382230       +E-mail/Text: cio.bncmail@irs.gov Jun 10 2015 01:16:39     Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
22558178       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 10 2015 01:17:07     Office of the U.S. Trustee,
                219 S. Dearborn St.  Room 873,   Chicago, IL 60604-2027
                                                                                           TOTAL: 5


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22254080       B Bacot,   607 S Lowe 2,   Chicago
22084281       National City Bank
22198101       S McNutt,   7146 S Lowe,   201,   Chicago
22254096       W Dixon
22185636*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22084270*     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
22173401*     +Dyck-O'Neal, Inc.,   PO Box 13370,   Arlington, TX 76094-0370
22084279*     ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
               (address filed with court: Homeq Servicing,   Po Box 13716,   Sacramento, CA 95853)
                                                                             TOTALS: 4, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
        Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. anelson@atty-pierce.com,
          northerndistrict@atty-pierce.com
        Christopher M Brown    on behalf of Creditor    Wells Fargo Bank, N.A
          northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
        Francis J. Pendergast, III    on behalf of Creditor    BMO Harris Bank, N.A.
          fpendergast@crowleylamb.com,  ibenavides@crowleylamb.com;docket@crowleylamb.com
        Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
          jmanola@baldiberg.com
        Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
          jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
        Kimberly Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
          kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
        Monette W Cope    on behalf of Creditor    PNC BANK, N.A. ecfnil@weltman.com
        O Allan Fridman    on behalf of Debtor Lee  Williams allanfridman@gmail.com,
          Fridman@IAmTheWolf.com
```

District/off: 0752-1          User: pseamann          Page 3 of 3          Date Rcvd: Jun 09, 2015
                             Form ID: pdf002          Total Noticed: 74

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
             roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                              TOTAL: 12