# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAMS, LEE | § | Case No. 14-23337 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,417,215.00 *(Without deducting any secured claims)* | Assets Exempt: 21,900.00 |
| Total Distributions to Claimants: 2,395.12 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 8,512.88 | |

3) Total gross receipts of $ 10,908.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,908.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,058,302.69 | $ 1,624,944.44 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,512.88 | 8,512.88 | 8,512.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 27,880.39 | 27,880.39 | 2,395.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 282,743.73 | 67,561.57 | 67,561.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,341,046.42 | $ 1,728,899.28 | $ 103,954.84 | $ 10,908.00 |

4) This case was originally filed under chapter 11 on 06/24/2014 , and it was converted to chapter 7 on 09/25/2014 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2015         By: /s/Joseph A. Baldi
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RETURN OF RETAINER | 1290-000 | 10,908.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,908.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank 111 W. Monroe St Floor 21E Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Cook County Treasuer 118 N Clark ST 112 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Attn: Bankruptcy Dept.(T7419-015) Po Box 659558 San Antonio, TX 78265 | | 466,463.00 | NA | NA | 0.00 |
| 000008A | BMO HARRIS BANK N.A. | 4210-000 | 1,341,895.69 | 1,375,000.00 | 0.00 | 0.00 |
| 000005 | PNC BANK N.A. | 4210-000 | 249,944.00 | 249,944.44 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,058,302.69 | $ 1,624,944.44 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,840.80 | 1,840.80 | 1,840.80 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 7.52 | 7.52 | 7.52 |
| Associated Bank | 2600-000 | NA | 109.36 | 109.36 | 109.36 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| BALDI BERG | 3110-000 | NA | 5,135.00 | 5,135.00 | 5,135.00 |
| BALDI BERG | 3120-000 | NA | 120.20 | 120.20 | 120.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,512.88 | $ 8,512.88 | $ 8,512.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 25,173.63 | 25,173.63 | 2,162.59 |
| 000007 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 2,706.76 | 2,706.76 | 232.53 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 27,880.39 | $ 27,880.39 | $ 2,395.12 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mtg Svci Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Co P.o. Box 10328 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Americas Servicing Co P.o. Box 10328 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Americas Servicing Co P.o. Box 10328 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Americas Servicing Co P.o. Box 10328 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Cap1/casml Cost Wilmington, DE 19808 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank One Card Serv Elgin, IL 60124 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago C/O Markoff & Krassny 29 N Wacker Frankfort, IL 60423 | | 5,038.98 | NA | NA | 0.00 |
| | City of Chicago C/O Wexler & Wexler 500 W Madison 2910 Chicago, IL 60661 | | 6,025.00 | NA | NA | 0.00 |
| | City of Chicago Dept of Finance PO Box 6330 Chicago, IL 60680 | | 1,766.95 | NA | NA | 0.00 |
| | City of Chicago Dept of Finance PO Box 6330 Chicago, IL 60680 | | 2,385.80 | NA | NA | 0.00 |
| | City of Chicago Dept of Finance PO Box 6330 Chicago, IL 60680 | | 29,989.84 | NA | NA | 0.00 |
| | City of Chicago Dept of Finance PO Box 6330 Chicago, IL 60680 | | 13,959.68 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dyk O'Neal PO Box 13370 Chicago, IL 60601 | | 116,154.00 | NA | NA | 0.00 |
| | Gmac Mortgage 3451 Hammond Ave Waterloo, IA 50704 | | 0.00 | NA | NA | 0.00 |
| | Gmac Mortgage 3451 Hammond Ave Waterloo, IA 50704 | | 0.00 | NA | NA | 0.00 |
| | Harris and Harris 111 West Jackson Suite 400 Chicago, IL 60604 | | 1,695.87 | NA | NA | 0.00 |
| | Homeq Po Box 13716 Sacramento, CA 95853 | | 0.00 | NA | NA | 0.00 |
| | Markoff Law | | 0.00 | NA | NA | 0.00 |
| | National City Bank | | 27,039.00 | NA | NA | 0.00 |
| | National Credit Adjust Po Box 3023 Hutchinson, KS 67504 | | 10,232.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 3,392.66 | NA | NA | 0.00 |
| | Pnc Bank, N.a. 1 Financial Pkwy Kalamazoo, MI 49009 | | 27,039.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,075.00 | 1,075.17 | 1,075.17 | 0.00 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 10,449.00 | 10,449.23 | 10,449.23 | 0.00 |
| 000004 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | 26,500.00 | 28,997.22 | 28,997.22 | 0.00 |
| 000001 | PNC BANK N.A. | 7100-000 | NA | 27,039.95 | 27,039.95 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 282,743.73 | $ 67,561.57 | $ 67,561.57 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-23337 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | WILLIAMS, LEE | | Date Filed (f) or Converted (c): | 09/25/14 (c) |
| | | | 341(a) Meeting Date: | 11/14/14 |
| For Period Ending: | 07/10/15 | | Claims Bar Date: | 09/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7200 South Lowe, Chicago, IL 60621- 26 unit reside      Abandoned per order 1/27/15 | 800,000.00 | 0.00 | | 0.00 | FA |
| 2. 7146 South Lowe, Chicago, IL 60621- 30 Unit Reside      Abandoned per order 1/27/15 | 800,000.00 | 0.00 | | 0.00 | FA |
| 3. 610 Prestwick Drive, Frankfort, IL 60423      Abandoned per order 1/27/15 | 714,665.00 | 0.00 | | 0.00 | FA |
| 4. Cash On Hand | 40.00 | 0.00 | | 0.00 | FA |
| 5. US Bank, Chicago, IL | 12,000.00 | 0.00 | | 0.00 | FA |
| 6. 2 Bedroom Sets, Living Room Furniture, 3 Arm Chai | 800.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel | 0.00 | 0.00 | | 0.00 | FA |
| 8. Watch | 10.00 | 0.00 | | 0.00 | FA |
| 9. 32 Simth and Wesson Caliber Hand Gun | 100.00 | 0.00 | | 0.00 | FA |
| 10. Prudential Life Insurance cash surrender value 350 | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. Johnson and Johnson pension  no cash value paid to | 0.00 | 0.00 | | 0.00 | FA |
| 12. General account receivables- from rental activites | 20,000.00 | 0.00 | | 0.00 | FA |
| 13. Water Damage Claim for Farmers Insurance that Occu | 80,000.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Cadilac 4 Door DTS 35000 miles | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. RETURN OF RETAINER (u)      Return of Retainer from Wallach Michalec Fridman P.C. | 0.00 | 10,908.00 | | 10,908.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,439,115.00   $10,908.00      $10,908.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-23337 | Judge: Pamela S. Hollis | |
| Case Name: | WILLIAMS, LEE | | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 09/25/14 (c) |
| 341(a) Meeting Date: | 11/14/14 |
| Claims Bar Date: | 09/30/14 |

Debtor did not appear at a section 341 meeting.  No claim bar date set.  Trustee's Motion to Dismiss is pending. Hearing on Trustee's Motion to Dismiss is scheduled for 6/23/15.  Trustee and Trustee's Attorneys filed first and final fee applications.  TFR filed.  Final hearing held on 6/23/15.  Trustee made final distribution.  Final check cleared 7/1/15.  Trustee prepared TDR.

Initial Projected Date of Final Report (TFR): 06/30/15        Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-23337 -PSH | | Trustee Name: | Joseph A. Baldi |
| Case Name: | WILLIAMS, LEE | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7410 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9231 | | | |
| For Period Ending: | 07/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/14 | 15 | WALLACH MICHALEC FRIDMAN P.C. ATTORNEYS AT LAW CLIENT TRUST ACCOUNT | RETURN OF UNUSED RETAINER | 1290-000 | 10,908.00 | | 10,908.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.17 | 10,892.83 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.67 | 10,877.16 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.17 | 10,860.99 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.15 | 10,844.84 |
| 02/20/15 | 001001 | ARTHUR B. LEVINE COMPANY 60 East 42nd Street Room 965 New York, New York 10165 | 2015 Bond premium | 2300-000 | | 7.52 | 10,837.32 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.56 | 10,822.76 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.09 | 10,806.67 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.55 | 10,791.12 |
| 06/24/15 | 001002 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,840.80 | 8,950.32 |
| 06/24/15 | 001003 | Office of the U.S. Trustee 219 S. Dearborn St. Room 873 Chicago, Il 60604 | Claim 000009A, Payment 100.00000% | 2950-000 | | 1,300.00 | 7,650.32 |
| 06/24/15 | 001004 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,135.00 | 2,515.32 |
| 06/24/15 | 001005 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 | Attorney for Trustee Expenses (Trus | 3120-000 | | 120.20 | 2,395.12 |

Page Subtotals    10,908.00    8,512.88

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-23337 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | WILLIAMS, LEE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7410 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9231 | | |
| For Period Ending: | 07/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/24/15 | 001006 | CHICAGO, IL 60602<br>Illinois Department of Revenue<br>Bankruptcy Section<br>P.O.Box 64338<br>Chicago, IL 60664-0338 | Claim 000006A, Payment 8.59070% | 5800-000 | | 2,162.59 | 232.53 |
| 06/24/15 | 001007 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | Claim 000007, Payment 8.59071% | 5800-000 | | 232.53 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,908.00 | 10,908.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,908.00 | 10,908.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,908.00 | 10,908.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7410 | 10,908.00 | 10,908.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,908.00 | 10,908.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        2,395.12

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*